PROB 12A
(12/20)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision
# RESTRICTED ACCESS DOCUMENT

Name of Offender: James Jordan                                      Cr.: 09-00063-001
                                                                    PACTS #: 52549

Name of Sentencing Judicial Officer:   THE HONORABLE DICKINSON R. DEBEVOISE
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/18/2009

Original Offense:   Count One: Robbery of the U.S. Postal Service, 18 U.S.C. 2114(a)

Original Sentence: 137 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Alcohol Treatment, Gambling Restrictions, DNA testing, Financial Disclosure, No New Debt/Credit, Gambling Addiction Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/09/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     On October 23, 2020, Mr. Jordan tested positive for methamphetamine, fentanyl, opiates, and methadone. He was referred for a substance abuse assessment at Integrity House. He completed an assessment and entered Intensive Outpatient at Integrity House on November 10, 2020.

                      On November 22, 2020, Mr. Jordan again tested positive for opiates, fentanyl, methadone, and amphetamine. His therapist at Integrity was notified and he entered a detox program at New Bridge Medical Center on November 24, 2020. He completed detox on November 28, 2020.

                      Since completing detox, drug screens on December 12, 2020 and December 23, 2020 tested negative for illicit drugs. He also continues to attend Intensive Outpatient treatment at Integrity House and has been reportedly doing well.

Prob 12A – page 2
James Jordan

U.S. Probation Officer Action:

The undersigned officer will continue to perform random drug testing and Mr. Jordan will continue to attend the Intensive Outpatient Program at Integrity House. No Court action is requested at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIKA M. ARNONE
      U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.01.14 14:29:47 -05'00'

LUIS R. GONZALEZ                                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

1/28/2021
Date