PROB 12A
(12/20)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

# RESTRICTED ACCESS DOCUMENT

Name of Offender: James Jordan                                           Cr.: 09-00063-001
                                                                        PACTS #: 52549

Name of Assigned Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/18/2009

Original Offense:   Count One: Robbery of the U.S. Postal Service, 18 U.S.C. 2114(a)

Original Sentence: 137 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Alcohol Treatment, Gambling Restrictions, DNA testing, Financial Disclosure, No New Debt/Credit, Gambling Addiction Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/09/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    On March 3, 2021, Mr. Jordan reported that he relapsed and has been using methadone and heroin. He had been attending treatment on an outpatient basis after completing detox on November 28, 2020. He reported to Integrity House on March 4, 2021 and provided a urine sample that tested positive for opiates. He was scheduled to enter a short-term residential program at Discovery Institute on March 15, 2021 but was told that he could not be accepted into treatment due to the high dose of unprescribed methadone he was using. As such, he continued attending outpatient treatment at Integrity House and began detoxing from the methadone on an outpatient basis through a methadone clinic, the Lennard Clinic, located in Newark. He began attending the methadone program at the Lennard Clinic on March 17, 2021. He was stabilized through the clinic and began attending short-term residential treatment at Integrity House on March 29, 2021 where he is scheduled to be at least 28 days.

Prob 12A – page 2
James Jordan

U.S. Probation Officer Action:

Mr. Jordan began short-term residential treatment at Integrity House on March 29, 2021. He will continue to be closely monitored and randomly drug tested. No Court action is requested at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.03.29 15:47:35 -04'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

Signature of Judicial Officer

3/30/2021
Date