PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: James Jordan      Cr.: 09-00063-001
    PACTS #: 52549

Name of Judicial Officer:      THE HONORABLE CLAIRE C. CECCHI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/18/2009

Original Offense:     Count One: Robbery of the U.S. Postal Service, 18 U.S.C. 2114(a)

Original Sentence: 137 months imprisonment, 5 years supervised, $100 special assessment

Special Conditions: Special Assessment, Restitution, Substance Abuse Testing, Drug Treatment, Gambling Restrictions, DNA testing, Financial Disclosure, No New Debt/Credit, Gambling Addiction Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: 10/09/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 12, 2021, Jordan submitted a urine specimen at Integrity House which tested positive for marijuana. |
| | During the month of February 2022, Jordan submitted (3) urine specimens at Integrity House which tested positive for fentanyl/opiates. |
| | On April 21, 2022, Jordan submitted a urine specimen at Integrity House which tested positive for fentanyl/opiates. |
| | All of the above results were confirmed by laboratory analysis. |

U.S. Probation Officer Action:

In February 2022, Mr. Jordan once again relapsed to heroin use. On March 29, 2022, Jordan voluntarily entered detox treatment (Elev8 Addiction Services in Newark) and was successfully discharged on April 4, 2022. Jordan returned to work and resumed outpatient treatment services at Integrity House. However, on April 21, 2022, Jordan submitted another positive urine specimen.

Mr. Jordan has agreed to enter a 28-day short-term residential treatment program at Integrity House in Newark. Jordan's counselor is finalizing matters with Medicaid and expects him to begin treatment by next week. He will continue to be closely monitored. We will keep the Court apprised of any additional instances of noncompliance. Despite the aforementioned, Jordan has maintained gainful employment. No Court action is requested at this time.

Prob 12A – page 2
James Jordan

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony Nisi/SGM*

By:   ANTHONY J. NISI
      U.S. Probation Officer

/ ajn

APPROVED:

*Suzanne Golda-Martinez*           *04/29/2022*
SUZANNE GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/3/2022
Date